**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1.     CYNTHIA A. POLANDO, | ) | |
| | ) | |
|          Plaintiff, | ) | |
| v. | ) | CIV-16-1158-D |
| | ) | |
| 1.     MSC DEVELOPMENT, INC., and | ) | |
| 2.     MORNINGSTAR PROPERTIES, LLC, | ) | |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |
|          Defendants. | ) | **ATTORNEY LIEN CLAIMED** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Cynthia A. Polando, hereby stipulates with the Defendants, MSC Development, Inc. and Morningstar Properties, LLC, that her claims in the above styled and numbered action shall be dismissed with prejudice.  The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 19th DAY OF JANUARY, 2017.**

         s/ Lauren W. Johnston
         JANA B. LEONARD, OBA #17844
         LAUREN W. JOHNSTON, OBA #22341
         LEONARD & ASSOCIATES, P.L.L.C.
         8265 S. Walker
         Oklahoma City, Oklahoma 73139
         (405) 239-3800 (telephone)
         (405) 239-3801 (facsimile)
         leonardjb@leonardlaw.net
         johnstonlw@leonardlaw.net
         *Counsel for Plaintiff*

s/Joshua W. Solberg
(Signed with permission)
Joshua W. Solberg, OBA #22308
McAFEE & TAFT, A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, OK 73102-7103
Tele: 405-235-9621  Fax: 405-235-0439
josh.solberg@mcafeetaft.com
*Counsel for Defendants*